UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NORMA REID-LYNCH,

                              Plaintiff,

v.                                                                ORDER

COSTCO WHOLESALE CORP. and                          7:18-CV-06155 (PMH)
BLIZZARD BUSTERS, INC.,

                              Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Defendant Costco Wholesale Corp. removed this case from the Supreme Court of the State of New York, County of the Bronx on July 6, 2018. Doc. 1. Complete diversity existed between Defendant Costco Wholesale Corp., which is incorporated in Washington and has its principle place of business in Washington, and Plaintiff, who is a citizen of New York. *Id.* ¶ 4. On May 19, 2020, after receiving permission from the Court, Plaintiff amended her Complaint to add Defendant Blizzard Busters, Inc. Doc. 29. Blizzard Busters, Inc. is a New York corporation which has its principle place of business in New York. *Id.* ¶¶ 4–5. Thus, complete diversity no longer exists between Plaintiff and Defendants and the Court does not have subject matter jurisdiction to adjudicate this case. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between—(1) citizens of different States.").

Accordingly, pursuant to 28 U.S.C. § 1447, the Court remands this matter to the state court from which it came. *See* 28 U.S.C. § 1447(e) ("If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court.").

The Clerk is directed to send a copy of this Order to the Supreme Court of the State of New York, County of Bronx and to close this action. All pending matters are hereby terminated.

SO ORDERED.

Dated:  New York, New York
        May 20, 2020

_____
Philip M. Halpern
United States District Judge

2